**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1308

LAWYERS TITLE INSURANCE CORPORATION,

Plaintiff - Appellee,

versus

ROBERT L. HAIRE; MARY JO HAIRE,

Defendants - Appellants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
02-4111-CCB)

Submitted:  November 30, 2004      Decided:  December 22, 2004

Before WIDENER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Onkar N. Sharma, SHARMA & BHANDARI, Silver Spring, Maryland, for
Appellants.  Gerald W. Heller, Jessica N. Drexler, LINOWES AND
BLOCHER, LLP, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert L. Haire and Mary Jo Haire appeal from the district court's order awarding attorney fees and costs to Lawyers Title Insurance Corporation in Lawyers Title's action against the Haires for breach of contract, negligent misrepresentation, indemnity, and breach of guaranty arising out of the Haires' sale of real estate. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lawyers Title Ins. Corp. v. Haire, No. CA-02-4111-CCB (D. Md. Feb. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED